UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANICA ASHBOURNE,<br><br>            Plaintiff,<br><br>      v.<br><br>TIMOTHY GEITHNER, *et al.*<br>*Secretary*,<br><br>            Defendants. | Civil Action No. 12-1153 (BAH) |

## ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE

Pending before the Court is the defendants' Motion to Dismiss, ECF No. 30, in which the defendants argue that "[p]laintiff appears to have abandoned several causes of action contained in her original complaint." Def. Mot. to Dismiss at 1 n.1. The defendant is understandably confused regarding the procedural posture of this action.

The extant action, Civil Action No. 12-1153, was one of three cases filed in the District of Maryland, which were consolidated by Judge Titus in an Order dated January 19, 2012. ECF No. 9. When the actions were transferred to this court by Judge Titus' Order of July 12, 2012, for unknown reasons the cases were docketed in the District of the District of Columbia as three separate actions, Civil Action Nos. 12-1153, 12-1154, and 12-1155. During this period when the cases were separate again, on July 12, 2012, the plaintiff filed an Amended Complaint in Civil Action No. 12-1153. *See* ECF No. 26. The Court subsequently re-consolidated the actions by Minute Order of July 24, 2012, ordering the parties to henceforth make no additional filings in Civil Action Nos. 12-1154 and 12-1155. Minute Order of July 24, 2012.

"[C]onsolidation is a purely ministerial act which . . . relieves the parties and the Court of the burden of duplicative pleadings and Court orders." *Breen v. Tucker*, 821 F. Supp. 2d 375, 379

n.2 (D.D.C. 2011). Even in fully consolidated cases, it is possible to file an amended complaint that is only applicable to one of the originally separate cases. *See id.* The defendants' argument as to abandonment is therefore unavailing, as it is clear to the Court that the plaintiff's filing of July 12, 2012, was not a consolidated complaint purporting to bring all claims raised in all three original cases into a single complaint.

To alleviate this confusion and in the interest of judicial efficiency, the defendants' Motion to Dismiss is hereby DENIED without prejudice so as to allow the defendants to address all remaining claims in this action in a single motion. The plaintiff is directed to file by September 11, 2013, a single, consolidated complaint containing all claims remaining in this consolidated case. The defendants shall file any responsive pleading to this consolidated complaint by October 11, 2013.

**SO ORDERED.**

Date: August 9, 2013

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge